IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01406-REB-CBS

ANGELA PEREZ,

    Plaintiff,

v.

LIBERTY ACQUISITIONS, LLC, and
DOES 1-10, inclusive,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#9] filed October 13, 2010. After reviewing the motion and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#9] filed October 13, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge